TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00208-CV







Texas Board of Chiropractic Examiners, Appellant



v.



Chiropractic Society of Texas; Texas Physical Therapy Association Inc.; Texas

Occupational Therapy Association, Inc.; Certified Orthotics and

Prosthetics Advocates, Inc.; Jerry D. Julian, M.D.; 


and Thomas I. Lowry, M.D., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 94-08315, HONORABLE JOHN D. DIETZ, JUDGE PRESIDING







PER CURIAM




 Appellant has filed a voluntary motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: August 16, 1995

Do Not Publish